UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JULIA BRUMFIELD SIMS

VERSUS

HANOVER INSURANCE COMPANY, ET AL.

CIVIL ACTION

NO. 07-542-D-M1

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated October 12, 2007 (doc. no. 7). Plaintiff has filed objections which merely restates her prior legal arguments. The court finds that the magistrate judge correctly decided that the local defendants were improperly joined and therefore do not defeat diversity jurisdiction.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion to remand is hereby DENIED.[1]

Baton Rouge, Louisiana, November 13, 2007.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Plaintiff suggests that the jurisdictional amount is now less than $75,000. This overlooks the rule that the jurisdictional facts are determined as of the date of remand.