UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JULIA BRUMFIELD SIMS

VERSUS

HANOVER INSURANCE COMPANY,
JACKSON-VAUGHAN AGENCY, INC.,
JOHN E. (SPARKY) WELLES, II AND
XYZ INSURANCE COMPANY

CIVIL ACTION

NO. 07-542-JJB-SCR

## RULING ON MOTION FOR SUMMARY JUDGMENT

The Defendants, Jackson-Vaughan Agency, Inc. and John E. (Sparky) Welles, II, have filed an unopposed motion for summary judgment (doc. 16). Consistent with the Magistrate's Report issued on October, 12, 2007 (doc. 7) and adopted by this court on November 13, 2007 (doc. 12), summary judgment in favor of Defendants Jackson-Vaughan Agency, Inc. and John E. Welles, II, is hereby **GRANTED.** Jackson-Vaughan and John Welles are hereby **dismissed with prejudice**.

Baton Rouge, Louisiana, January 18, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA